IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRELL BOWENS,** | : | CIVIL ACTION NO. 1:21-CV-1306 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **LAUREL HARRY,** **SUPERINTENDENT SCI CAMP HILL,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 6th day of May, 2022, upon consideration of Petitioner Terrell Bowens' *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Bowens' petition (Doc. 1) for a writ of habeas corpus is DENIED.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
